UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BLAKE WOODYARD,

        Petitioner,

v.

B. EISCHEN and FPC DULUTH,

        Respondents.

Case No. 25-cv-1297 (LMP/DLM)

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 5, of United States Magistrate Judge Douglas L. Micko, which recommends denying Petitioner Blake Woodyard's petition for a writ of habeas corpus, ECF No. 1. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1.    The R&R (ECF No. 5) is **ADOPTED**;

2. Mr. Woodyard's Petition (ECF No. 1) is **DENIED**.[1]

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge

---

[1] Mr. Woodyard asked in his habeas petition that the Court direct the BOP to transfer him to a facility that offers RDAP, which the Court cannot do. But the Court notes that, according to the BOP Inmate Locator, Mr. Woodyard is now at FCI-Lewisburg, which offers the RDAP Program. Bureau of Prisons, *Residential Drug Abuse Programs (RDAP) and Locations*, https://perma.cc/TH5X-AA3X.